**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6027**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CLEVON S. EDWARDS, a/k/a Wookie,

        Defendant - Appellant.

---

Appeal from the United States District Court for Eastern District of Virginia, at Richmond. John A. Gibney, Jr., Senior District Judge.  (3:03-cr-00204-JAG-3)

---

Submitted:  March 11, 2025                     Decided:  March 14, 2025

---

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Clevon S. Edwards, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clevon S. Edwards appeals the district court's order denying his motion and renewed motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Having carefully reviewed the record, we are satisfied that the district court did not abuse its discretion in weighing the 18 U.S.C. § 3553(a) factors and concluding that Edwards was not entitled to compassionate release.[*] *See United States v. Moody*, 115 F.4th 304, 315 (4th Cir. 2024) (reiterating that district court has broad discretion in weighing § 3553(a) factors); *United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (explaining standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Insofar as Edwards argues for the first time on appeal that Amendment 821 to the Sentencing Guidelines retroactively reduced his criminal history score, we are satisfied that such an argument is best presented to the district court in the first instance through a motion under 18 U.S.C. § 3582(c)(2).

2